UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Isaac White Jr.**                                    **Docket No. 2:15-CR-17-1BO**

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Isaac White Jr., who, upon an earlier plea of guilty to Distribution of a Quantity of Oxycodone, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on April 7, 2016, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years.

Isaac White Jr. was released from custody on January 8, 2019, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As noted in the Presentence Report (PSR), White was previously convicted of three counts of Indecent Liberties With a Child. Additionally, the PSR indicates the defendant possesses a history of abusing alcohol, marijuana, and ecstasy. Due to the sex offense convictions and White's substance abuse history, it is respectfully recommended that he be ordered to register as a sex offender, submit to a psycho-sexual evaluation by a qualified mental health professional, and participate in substance abuse treatment if deemed appropriate by the substance abuse treatment provider. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

2. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

3. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

**Isaac White Jr.**
**Docket No. 2:15-CR-17-1BO**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>306 East Main Street, Room 306<br>Elizabeth City, NC 27909-7909<br>Phone: 252-335-5509<br>Executed On: January 11, 2019 |

## ORDER OF THE COURT

Considered and ordered this __16__ day of __January__, 2019, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief United States District Judge